**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01474-CV

## IN RE SUSAN NEWELL CUSTOM HOME BUILDERS, INC., SUSAN NEWELL, INDIVIDUALLY, AND LISA DOOLITTLE, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03325-F**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Gena Slaughter, Judge of the 191st Judicial District Court, to: (1) **VACATE** paragraphs 4 and 5 of her Order of October 17, 2013, which granted the request of real party in interest Lynne McGreal Tonti to take the depositions of Susan Newell, Susan Newell Custom Home Builders, Inc. and Lisa Doolittle; and (2) **ENTER** an order denying Tonti's request to take those depositions, ordering Tonti's claims to be arbitrated, and staying all proceedings in the trial court pending arbitration of Tonti's claims.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relators recover their costs of this original proceeding from real party in interest.

/s/ JIM MOSELEY
JUSTICE